**Order filed July 8, 2021**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00151-CV
———————

**DEYSI R. SANTOS, Appellant**

**V.**

**YELLOWFIN LOAN SERVICING CORP., AS SUCCESSOR IN INTEREST TO FIRST FRANKLIN, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2020-35442

## O R D E R

The clerk's record was filed April 19, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the final summary judgment signed by the trial court on December 22, 2020.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 19, 2021, containing the final summary judgment signed by the trial court on December 22, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.